IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONIA CORTEZ**, *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No.  1:14-cv-01372 JDB |
| ) | |
| **ELITE CLEANING SERVICES, LLC,** *et al.* ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

### JOINT MOTION TO APPROVE SETTLEMENT
### AND STAY ACTION PENDING COMPLETION OF SETTLEMENT TERMS

Plaintiffs, Sonia Cortez, Adela Velasquez, Claudia Sanchez, and Nora Evelyn Castro, and Defendants, Elite Cleaning Services, LLC and Mehmet Ibis, (collectively "the Parties"), through their respective undersigned counsel, hereby request that the Court: (i) approve the settlement between them that will dispose of the case in its entirety; and (ii) stay the action to allow completion of the settlement terms, as described below.

While it is unclear whether the Court's supervision of settlements in Fair Labor Standards Act ("FLSA") cases is still required, out of an abundance of caution, the Parties submit this settlement to ensure this lawsuit is finally resolved in a binding manner pursuant to *Brooklyn Savings Bank v. O'Neil,* 324 U.S. 697 (1945), and *Barrentine v. Arkansas-Best Freight Sys.*, 450 U.S. 728 (1981).[1]

---

[1] *See Carrillo v. Dandan Inc.*, -- F.Supp.2d -- , 2014 WL 2890309, at *5 (D.D.C. June 24, 2014) ("no binding caselaw in this Circuit requires a district court to assess proposed FLSA settlements *ex ante*"); *Saraceo v. Choi*, -- F.Supp.2d --, 2014 WL 4380680, at *10 (D.D.C. Sept. 5, 2014) ("private settlement of FLSA claims may be enforceable, even if the settlement was reached without United States Department of Labor or judicial supervision or approval …when the agreement resolves a bona fide dispute between the parties and the terms of the settlement agreement are fair and reasonable").

Plaintiffs and Defendants, through undersigned counsel, represent to the Court as follows:

1. This action was initiated by Plaintiffs under the Fair Labor Standards Act, 29 U.S.C. § 207 et seq., the D.C. Minimum Wage Act Revision Act of 1992, D.C. Code § 32-1001 *et seq.*; and the D.C. Wage Payment and Wage Collection Act, D.C. Code § 32-1301 *et seq.* claiming that Plaintiffs should have been paid wages and overtime for hours worked in excess of forty in a workweek. Defendants deny liability to Plaintiffs and dispute the number of hours Plaintiffs claimed to have worked.

2. The Parties, with the assistance of counsel, have reached a settlement in the above-captioned matter that they each believe represents a fair and just resolution of a bona fide dispute based on the specific facts of this case. Specifically, Plaintiffs' counsel, Gregg C. Greenberg of Zipin, Amster & Greenberg, LLC, is well acquainted with the FLSA and has brought dozens of actions under the FLSA. Plaintiffs' counsel believes this settlement represents a fair and equitable resolution of the FLSA claims alleged in the Complaint.

3. The Parties have submitted for in-camera review only a copy of the Settlement Agreement in this case.

4. Plaintiffs understand that, by entering into the Settlement Agreement, and for good consideration, they are agreeing to dismiss this action with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1) following completion of the terms of the settlement, including payment of the full settlement amount.

5. Because the settlement terms will be executed over a period of months as set forth in the Settlement Agreement, the Parties ask that this Court stay this action until June 30, 2015, subject to the Parties' dismissal with prejudice following final execution of its terms.

WHEREFORE, the Parties respectfully request that the Court approve the settlement they have reached and stay this action pending completion of the settlement terms.

Dated:  April 8, 2015

Respectfully submitted,                               Respectfully submitted,

_____/s/\*_____.        _____/s/_____.
Gregg C. Greenberg, Bar No. MD17291       Mark E. Papadopoulos, Bar No. 469225
Zipin, Amster & Greenberg, LLC            ISLER DARE, P.C.
836 Bonifant Street                       1945 Old Gallows Road, Suite 650
Silver Spring, Maryland 20910             Vienna, Virginia 22182
(301) 587-9373 / (301) 587-9397 (fax)     (703) 748-2690 / (703) 748-2695 (fax)
ggreenberg@zagfirm.com                    mpapadopoulos@islerdare.com

Counsel for Plaintiffs                    Counsel for Defendants

\*signed by Mark E. Papadopoulos with permission from Gregg Greenberg