# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SONIA CORTEZ,** *et al.*, ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-01372 |
| ) | |
| ) | |
| **ELITE CLEANING SERVICES, LLC,** *et al.* ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their counsel, having previously reached a settlement in this matter, and the Court having stayed the Action to allow completion of the settlement terms, hereby confirm through their respective undersigned counsel that the settlement terms have been completed.

Therefore, pursuant to Fed. R. Civ. P. Rule 41(a)(1), the Parties hereby stipulate and agree that this action be, and hereby is, dismissed with prejudice, each party to bear his or its own attorneys' fees and costs, except as otherwise noted in the Settlement Agreement.

Dated this the 29th day of May, 2015.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/* | /s/ |
| Gregg Greenberg, Bar No. MD17291 | Mark E. Papadopoulos, Bar No. 469225 |
| Zipin, Amster & Greenberg, LLC | ISLER DARE, P.C. |
| 836 Bonifant Street | 1945 Old Gallows Road, Suite 650 |
| Silver Spring, Maryland 20910 | Vienna, Virginia 22182 |
| (301) 587-9373 | (703) 748-2690 |
| (301) 587-9397 (fax) | (703) 748-2695 (fax) |
| ggreenberg@zagfirm.com | mpapadopoulos@islerdare.com |
| | |
| Counsel for Plaintiffs | Counsel for Defendants |

*signed by Gregg C. Greenberg with permission by Mark E. Papadopoulos

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SONIA CORTEZ,** *et al.,*   ) | |
| ) | |
| **Plaintiffs,**   ) | |
| ) | |
| v.   ) | Civil Action No.  1:14-cv-01372 |
| ) | |
| ) | |
| **ELITE CLEANING SERVICES, LLC,** *et al.*   ) | |
| ) | |
| **Defendants.**   ) | |
| ) | |

**PROPOSED ORDER**

HAVING CONSIDERED the Joint Stipulation of Dismissal with Prejudice submitted by the Plaintiffs and the Defendant,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).  Each party will bear their own costs and expenses.

SO ORDERED this _____ day of _____, 2015.

_____
Judge, United States District Court